IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN L. HORNE, SR.,<br><br>      Plaintiff,<br><br>    v.<br><br>MERCER COUNTY CORRECTION, et al.,<br><br>      Defendants. | Civil Action<br>No. 13-6522 (AET-DEA)<br><br>**MEMORANDUM OPINION AND ORDER** |

RECEIVED

MAY 04 2015

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**THOMPSON, District Judge:**

    The Court is in receipt of a letter from Plaintiff dated January 14, 2015. (Docket Entry 6).

    1.  By Order dated February 24, 2014, this Court administratively terminated this action due to Plaintiff's failure to provide certified institutional account statements. (Docket Entry 5).

    2.  This Court ordered the Clerk to provide Plaintiff with blank *in forma pauperis* applications and indicated that if Plaintiff wished to reopen this matter, he had to complete and return the application. (Docket Entry 5).

    3.  No documents were received by this Court from Plaintiff until the submission of his letter dated January 14, 2015. (Docket Entry 6).

4. Plaintiff's letter appears to raise new claims against unidentified defendants.

5. As this matter is closed, the Clerk of Court shall be directed to send Plaintiff a blank civil rights complaint form and a blank in forma pauperis application.

6. Should Plaintiff wish to proceed with his new claims, he must initiate a new complaint, which shall be subject to screening by the court.

THEREFORE IT IS this 4th day of May, 2015, hereby

ORDERED that the Clerk of the Court shall provide Plaintiff a print out of the docket sheet in this matter; and it is further

ORDERED that the Clerk of the Court shall also provide Plaintiff with a blank civil rights complaint form; and it is further

ORDERED that the Clerk of the Court shall also provide Plaintiff with a blank application to proceed *in forma pauperis*; and it is further

ORDERED that this Opinion and Order and the Clerk's service of forms shall not be construed as any opinion or finding on the procedural compliance or merits of any future cause of action by Plaintiff; and it is finally

ORDERED that the Clerk shall serve a copy of this Opinion and Order on Plaintiff by regular mail.

_____
ANNE E. THOMPSON
U.S. District Judge